**STATE of Missouri, Respondent,**

v.

**Everett C. ULSHAFER, Appellant.**

**No. WD 58060.**

Missouri Court of Appeals,
Western District.

March 13, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 1, 2001.

Application for Transfer Denied
June 26, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for Respondent.

Before LAURA DENVIR STITH, P.J., and SMART and HOWARD, JJ.

## ORDER

PER CURIAM.

Everett C. Ulshafer appeals from his convictions of murder in the first degree, § 565.020 RSMo 1994, and armed criminal action, § 571.015 RSMo 1994.

Affirmed. Rule 30.25(b).

LAURA DENVIR STITH, P.J., and SMART and HOWARD, JJ., concurring.